UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BRUCE E. KATZ, M.D., d/b/a Juva Skin and
Laser Center, individually and on behalf of all
others similarly situated,

                      Plaintiff,

      -against-                                       20 **CIVIL** 2897 (PAC)

### **JUDGMENT**

FOCUS FORWARD LLC,

                      Defendant.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated April 6, 2021, Defendant's motion is GRANTED. Because amendment would be futile, the complaint is dismissed with prejudice; accordingly, this case is closed.

**Dated:** New York, New York

       April 6, 2021

                                                  **RUBY J. KRAJICK**

                                                  **Clerk of Court**
                  **BY:**

                                                    **Deputy Clerk**