# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRUCE E. KATZ, M.D., P.C. d/b/a Juva Skin and Laser Center, a New York professional corporation, individually and as the representative of a class of similarly-situated persons, | )<br>)<br>)<br>)<br>)    Civil Action No. 1:20-02897-PAC |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| FOCUS FORWARD LLC, a Pennsylvania limited liability company, | )<br>) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEAL

Plaintiff, Bruce E. Katz, M.D., P.C. d/b/a Juva Skin and Laser Center, hereby appeals to the United States Court of Appeals for the Second Circuit from this Court's Opinion and Order granting Defendant's Motion to Dismiss and the Judgment Order entered in this matter on April 6, 2021 (Docs. 21, 22).

BRUCE E. KATZ M.D., P.C. d/b/a Juva Skin and Laser Center, individually and as the representative of a class of similarly-situated persons,

s/Ryan M. Kelly
Ryan M. Kelly
ANDERSON + WANCA
3701 Algonquin Rd., Suite 500
Rolling Meadows, IL 60008
Telephone: 847-368-1500
rkelly@andersonwanca.com

Aytan Y. Bellin
BELLIN & ASSOCIATES LLC
85 Miles Avenue
White Plains, NY  10606
Telephone: (914) 358-5345
Aytan.Bellin@bellinlaw.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on May 6, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

<u>s/ Ryan M. Kelly</u>